IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE: §
§
ADDIE WEST KEARSE § CASE NO. 04-06322-8-ATS
§ CHAPTER 13
§
§ JUDGE A. THOMAS SMALL
§

FILED
SEP - 2 2004
PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

## REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter:

**Systems & Services Technologies, Inc.**

and its successors and/or assigns.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the address indicated below.

MAIL TO :
P. O. Box 829009, Dallas, Texas  75382-9009

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

_____
Hilary B. Bonial
LA 24305
Joe M. Lozano, Jr.
TBN 24005462
Tamara D. Pitts
TBN 24013339
Karen P. Thomason
LA 25272
F# 6547-N-1021
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Systems & Services Technologies, Inc.

noa

1

## CERTIFICATE OF SERVICE

I, Hilary B. Bonial / Joe M. Lozano, Jr. / Tamara D. Pitts / Karen P. Thomason, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served by pre-paid regular U.S. Mail, upon the following parties in interest on August 30, 2004:

**Debtor's Attorney**
John T. Orcutt
Attorney at Law
6616 Six Forks Road
Suite 203
Raleigh, North Carolina 27615

**Chapter 13 Trustee**
Trawick H. Stubbs
Post Office Box 1618
New Bern, North Carolina  28563-1618

Hilary B. Bonial
Joe M. Lozano, Jr.
Tamara D. Pitts
Karen P. Thomason

6547-N-1021
noa

2